FROM : GAK                    PHONE NO. : 9716742827I                    Jul. 06 2007 01:53PM P3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

　　　　　　Plaintiff,

ALL ASSETS OF ASA DRUGS, INCLUDING
$207,644.00 IN UNITED STATES CURRENCY
ON DEPOSIT AT JP MORGAN CHASE,
IN ACCOUNT NUMBER 106 067681 865;

ALL ASSETS OF NASH PHARMACY,
INCLUDING $1,492,892.00 IN UNITED
STATES CURRENCY ON DEPOSIT AT JP
MORGAN CHASE, IN ACCOUNT NUMBER 106
067 344 365; and

ALL ASSETS OF STAY SLIM PHARMACY,
INCLUDING $128,534.00 IN UNITED STATES
CURRENCY ON DEPOSIT AT JP MORGAN
CHASE, IN ACCOUNT NUMBER 106 067 626 065,

　　　　　　Defendants-in-rem,

- - - - - - - - - - - - - - - - - - - - - - - - - - X

Dkt. No. 07 Cv 3587
(Cedarbaum, J)

**CLAIM**

Claimant Sobia Shaheen, pursuant to Rule G, Supplemental Rules For Asset Forfeiture Actions, states as follows:

1.　The identity of the specific property which is claimed is:

A.　　ALL ASSETS OF ASA DRUGS, INCLUDING $207,644.00 IN
UNITED STATES CURRENCY ON DEPOSIT AT JP
MORGAN CHASE, IN ACCOUNT NUMBER 106 067681 865;

B.　　ALL ASSETS OF NASH PHARMACY, INCLUDING $1,492,892.00
IN UNITED STATES CURRENCY ON DEPOSIT AT JP MORGAN
CHASE, IN ACCOUNT NUMBER 106 067 344 365; and

C.　　ALL ASSETS OF STAY SLIM PHARMACY, INCLUDING
$128,534.00 IN UNITED STATES CURRENCY ON DEPOSIT AT JP
MORGAN CHASE, IN ACCOUNT NUMBER 106 067 626 065.





ATTESTED

S. M. YUNUS
Notary Public Lahore.

2.   Sobia Shaheen resides at 300 Oakridge Lane, Albertson, NY 11507.

3.   Sobia Shaheen is the owner of the Nash Pharmacy account and a 50% owner of the other two accounts listed in paragraph 1.

Sworn to before me on this
day of June, 2007

_____
Notary Public

_____
Sobia Shaheen

Submitted by:

_____
Jeffrey Weisenfeld, Esq. (JJW9187)
Attorney for Sobia Shaheen
401 Broadway Ste 106
New York, NY 10013
212-925-8640

ATTESTED

S. M. YUNUS
Notary Public Lahore.