UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

ALL ASSETS OF ASA DRUGS, INCLUDING     Dkt. No. 07Cv3587
$207,644.00 IN UNITED STATES CURRENCY     (Cedarbaum, J)
ON DEPOSIT AT JP MORGAN CHASE,
IN ACCOUNT NUMBER 106 067681 865;     **AFFIDAVIT OF SERVICE**

ALL ASSETS OF NASH PHARMACY,
INCLUDING $1,492,892.00 IN UNITED
STATES CURRENCY ON DEPOSIT AT JP
MORGAN CHASE, IN ACCOUNT NUMBER 106
067 344 365; and

ALL ASSETS OF STAY SLIM PHARMACY,
INCLUDING $128,534.00 IN UNITED STATES
CURRENCY ON DEPOSIT AT JP MORGAN
CHASE, IN ACCOUNT NUMBER 106 067 626 065,

                Defendants-in-rem.,
-------------------------------------------------------------X

State of New York:
County of New York: ss:

      Yin Lan, being duly sworn deposes and says, that deponent is not a party to this action, is over 18 years of age and resides in Brooklyn, New York.

      That on the 6th day of July, 2007, deponent served the within Claim, by depositing a true and complete copy of same by transmitting the papers by electronic means to the telephone number listed below, which number was designated by the attorney for such purpose. I received a signal from the equipment of the attorney served indicating that the transmission was received.

      AUSA Christine Meding 718-637-2429/2239
      US Attorney's Office SDNY
      One St. Andrew's Plaza
      New York, NY 10007

                                                                  Yin Lan

Sworn to before me this
July 6, 2007
_____
Notary Public

            INGRID E. LEON
        Notary Public, State of New York
            No. 01-LE6008577
        Qualified in New York County
      Commission Expires June 15, 20__