**J. JEFFREY WEISENFELD**
ATTORNEY AT LAW
401 BROADWAY, SUITE 306
NEW YORK, NY 10013
(212) 925-8640
FAX (212) 966-0588
weisenfeldjeff@aol.com

July 9, 2007

Hon. Miriam G. Cedarbaum
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street- Rm. 1330
New York NY 10007

                                                         RE:    *U.S v. All Assets of ASA Drugs et al*
                                                                        07 Cv 3587 (MGC)

Dear Judge Cedarbaum:

       I represent Sobia Shaheen, a claimant in the above entitled action.

       In conversations with AUSA Christine Meding, who is handling the matter she advised me that there is a motion with a return date of July 19, 2007 to stay this pending action before Your Honor pending the outcome of a related criminal trial. I wish to join in that motion. AUSA Meding consents to my joining the motion.

       I request permission to join in the pending motion for a stay by this letter, rather than by formal motion. Again, Ms. Meding has no objection to this procedure.

       If the Court feels this letter is inadequate, I request that I be advised so that I may make such a motion.

                                                                        Respectfully,

                                                                        J. JEFFREY WEISENFELD

JJW/iel
cc:    AUSA Christine Meding

        David E. Ruck, Esq.
        570 Madison Avenue
        New York NY 10016