UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA.

Plaintiff,

# MEMO ENDORSED

-v-

ALL ASSETS OF ASA DRUGS, INCLUDING
$207,644.00 IN UNITED STATES
CURRENCY ON DEPOSIT AT JP MORGAN              07 CV 3587
CHASE, IN ACCOUNT NUMBER                      (MGC)
****1 865;

ALL ASSETS OF NASH PHARMACY,
INCLUDING $1,492,892.00 IN UNITED STATES      NOTICE OF
CURRENCY ON DEPOSIT AT JP MORGAN              MOTION
CHASE, IN ACCOUNT NUMBER                      FOR STAY
****4 365;

ALL ASSETS OF STAY SLIM PHARMACY,
INCLUDING $128,534.00 IN UNITED STATES
CURRENCY ON DEPOSIT AT JP MORGAN
CHASE, IN ACCOUNT NUMBER
****6 065;

Defendants-in-rem.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED:    9/6/07

PLEASE TAKE NOTICE THAT, upon the annexed declaration of David E.

Ruck, and upon all prior papers and proceedings in this case and in the criminal case

*United States v. Muhammad Ejaz Ahmad, et. al*, 06 Cr. 1135 (JGK), claimant Muhammad

Nawaz Ahmad, will move this Court, before the Honorable Miriam G. Cedarbaum, at the

United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a time and

place to be set by the Court, for an order staying the civil forfeiture proceeding with

respect to Muhammad Nawaz Ahamad, pursuant to 18 U.S.C. § 981(g)(2). Claimant's

motion papers have been served this 25th day of June, 2007.

Unopposed motion granted.
So ordered.
September 5, 2007        United States District Judge