```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12 4 07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
                                       :
UNITED STATES OF AMERICA,
                                       :    STIPULATION AND ORDER
              Plaintiff,
                                       :    07 Civ. 3587 (MGC)
         - v. -
                                       :
ALL ASSETS OF ASA DRUGS, INCLUDING
$207,644.00 IN UNITED STATES CURRENCY  :
ON DEPOSIT AT JP MORGAN CHASE, IN
ACCOUNT NUMBER XXX XXX XXX 865;        :

ALL ASSETS OF NASH PHARMACY,           :
INCLUDING $1,492,892.00 IN UNITED
STATES CURRENCY ON DEPOSIT AT JP       :
MORGAN CHASE, IN ACCOUNT NUMBER XXX
XXX XXX 365; and                       :

ALL ASSETS OF STAY SLIM PHARMACY,      :
INCLUDING $128,534.00 IN UNITED
STATES CURRENCY ON DEPOSIT AT JP       :
MORGAN CHASE, IN ACCOUNT NUMBER XXX
XXX XXX 065,                           :

              Defendants-in-rem.       :

- - - - - - - - - - - - - - - - - - - x


         WHEREAS, on or about May 4, 2007, the United States

filed a civil forfeiture complaint against the above-captioned

defendant-in-rem assets (the "Defendant Assets"), in which it

alleged that the Defendant Assets are (a) property constituting

and derived from the proceeds of a Federal health care offense

and a conspiracy to commit a Federal health care offense, namely,

a scheme to defraud Medicaid, in violation of 18 U.S.C. §§ 1347

and 1349; (b) property constituting and derived from a conspiracy

to commit a Federal health care offense, namely, a scheme to pay

bribes or kickbacks to Medicaid patients to induce them to

purchase medicine, in violation of 18 U.S.C. § 371 and 42 U.S.C.

§ 1320a-7b(b)(2)(B), or property traceable to such property; and
(c) property involved in actual or attempted money laundering
transactions, or property traceable to such property, in
violation of 18 U.S.C. §§ 1956 and 1957, and as such, are subject
to forfeiture to the United States pursuant to 18 U.S.C. §§
981(a)(1)(A) and (C);

WHEREAS, on or about June 25, 2007, Muhammed Nawaz
Ahmad filed a claim to the assets of ASA Drugs and Stay Slim
Pharmacy;

WHEREAS, on or about July 6, 2007, Sobia Shaheen filed
a claim to the assets of Nash Pharmacy and Stay Slim Pharmacy
(hereinafter, Muhammad Nawaz Ahmad and Sobia Shaheen are referred
to as the "Claimants");

WHEREAS, on or about June 25, 2007, Muhammad Nawaz
Ahmad filed a motion to stay this civil forfeiture action pending
the outcome of a related criminal action, United States v.
Muhammad Ejaz Ahmad, Muhammad Nawaz Ahmad, and Mohammad Tanveer,
06 Cr. 1135 (JGK), in which Muhammad Nawaz Ahmad is charged with
(a) conspiring to pay illegal kickbacks to Medicaid recipients,
in violation of 18 U.S.C. § 371; (b) defrauding Medicaid, in
violation of 18 U.S.C. § 1349; and (c) using the means of
identification of real persons in connection with the Federal
health care fraud conspiracy, in violation of 18 U.S.C. § 1028A;

WHEREAS, on or about July 9, 2007, Sobia Shaheen joined
in the motion of Muhammad Nawaz Ahmad to stay this civil
forfeiture action, and the United States filed a response to the

2

joint motion to stay in which it consented to the entry of a stay;

WHEREAS, on or about September 6, 2007, the Court granted the motion to stay and entered an order to that effect;

WHEREAS, David E. Ruck., Esq., counsel for Muhammad Nawaz Ahmad, and J. Jeffrey Weisenfeld, Esq., counsel for Sobia Shaheen, have submitted applications and supporting documentation to the United States seeking the release of certain funds included in the Defendant Assets for the purpose of paying overdue tax liabilities owed by ASA Drugs, Nash Pharmacy, and Stay Slim Pharmacy;

IT IS HEREBY STIPULATED AND AGREED, by and between Muhammad Nawaz Ahmad, by and through his attorney, David E. Ruck, Esq.; Sobia Shaheen, by and through her attorney, J. Jeffrey Weisenfeld, Esq.; and the United States of America, by and through its attorney Michael J. Garcia, United States Attorney, Assistant United States Attorney Christine Meding; as follows:

1.    The United States consents to the release of $49,213.90 (the "Released Funds"), which shall be used to pay the following outstanding tax liabilities in the following amounts:

a.    For ASA Drugs, a total of $26,904.26 shall be released, for the following tax liabilities:

i.    $12,884.26 in taxes owed to the New York City Department of Finance for the tax year 2006;

ii.    $13,920.00 in taxes owed to the New York

3

City Department of Finance for the tax
year 2007; and

iii. $100.00 in taxes owed to the New York
State Department of Taxation and Finance
for the tax year 2007.

b.    For Stay Slim Pharmacy, a total of $8,714.15
shall be released, for the following tax liabilities:

i.    $6,137.07 in taxes owed to the Internal
Revenue Service for the third and fourth
quarters of tax year 2006 and the first
quarter of tax year 2007;

ii.    $2,277.08 in employment, corporation,
and sales taxes owed to the New York
State Department of Taxation and Finance
for the tax years 2006 and 2007; and

iii. $300.00 in corporation taxes owed to the
New York City Department of Finance for
the tax year 2006.

c.    For Nash Pharmacy, a total of $14,219.74
shall be released, for the following tax liabilities:

i.    $10,687.99 in taxes owed to the Internal
Revenue Service for the third and fourth
quarters of tax year 2006;

ii.    $3,231.75 in employment and corporation
taxes owed to the New York State
Department of Taxation and Finance for

4

the tax years 2006 and 2007 ($2,607.50)
and the tax period ending June 30, 2006
($624.25);

iii. $300.00 in corporation taxes owed to the
New York City Department of Finance for
the tax year 2007.

2.    The Released Funds shall be used only for the
purpose of paying the outstanding tax liabilities listed in the
previous paragraph and shall not be used for any other purpose.
If the United States learns that the Released Funds have been
used for any purpose other than to pay the outstanding tax
liabilities listed above, the Claimants shall repay to the United
States any funds that were not applied toward the outstanding tax
liabilities.

3.    It is understood between the parties that the
release of funds described herein represents an extraordinary
circumstance.  The Claimants agree that they shall not seek the
release of any additional funds in connection with any existing
or any future tax liabilities while the stay is in effect.

4.    The signature pages of this stipulation may be
executed in one or more counterparts, each of which will be
deemed an original but all of which together will constitute one
and the same instrument and facsimile signatures shall be
acceptable in lieu of original signatures.

5

5.    Each party shall bear its own costs and attorney

fees.

Dated:    New York, New York
          ~~October~~      , 2007
          *November*

CONSENTED TO:

    MICHAEL J. GARCIA
    United States Attorney for the
    Southern District of New York
    Attorney for the United States

By:    _____        DATE   *11/5/07*
       CHRISTINE MEDING
       Assistant United States Attorney
       One St. Andrew's Plaza
       New York, New York 10007


    MUHAMMAD NAWAZ AHMAD
    Claimant


By:    _____        DATE   _____
       David E. Ruck, Esq.
       270 Madison Avenue
       Suite 1500
       New York, NY 10016


    SOBIA SHAHEEN
    Claimant


By:    _____        DATE   _____
       J. Jeffrey Weisenfeld, Esq.
       401 Broadway
       Suite 306
       New York, NY 10013


                    SO ORDERED:


                    _____
                    THE HONORABLE MIRIAM G. CEDARBAUM
                    United States District Judge
                    Southern District of New York

                              6

    5.    Each party shall bear its own costs and attorney

fees.

Dated:    New York, New York
          October __, 2007

CONSENTED TO:

        MICHAEL J. GARCIA
        United States Attorney for the
        Southern District of New York
        Attorney for the United States

By: _____        DATE _____
        CHRISTINE MEDINC
        Assistant United States Attorney
        One St. Andrew's Plaza
        New York, New York 10007


        MUHAMMAD NAWAZ AHMAD
        Claimant

By: _____        DATE 10-25-07
        David E. Ruck, Esq.
        270 Madison Avenue
        Suite 1500
        New York, NY 10016


        SOBIA SHAHEEN
        Claimant

By: _____        DATE _____
        J. Jeffrey Weisenfeld, Esq.
        401 Broadway
        Suite 306
        New York, NY 10013


                    SO ORDERED:


                    _____
                    THE HONORABLE MIRIAM G. CEDARBAUM
                    United States District Judge
                    Southern District of New York

                    6

5.    Each party shall bear its own costs and attorney
fees.

Dated:    New York, New York
          October 29, 2007

CONSENTED TO:

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States

By: _____    DATE _____
CHRISTINE MEDING
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007

MUHAMMAD NAWAZ AHMAD
Claimant

By: _____    DATE _____
David B. Ruck, Esq.
270 Madison Avenue
Suite 1500
New York, NY 10016

SOBIA SHAREEN
Claimant

By: _____    DATE  10/29/07
J. Jeffrey Weisenfeld, Esq.
461 Broadway
Suite 306
New York, NY 10013

SO ORDERED:

_____
THE HONORABLE MIRIAM G. CEDARBAUM
United States District Judge
Southern District of New York

6    Dec, 3, 2007