(Edarsa Jr.

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: ANNA E. ARREOLA
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212)637-2218

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 14 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,            :

        Plaintiff,                 :

     - v. -                               :

ALL ASSETS OF ASA DRUGS, INCLUDING   : STIPULATION AND DISMISSAL
$207,644.00 IN UNITED STATES           OF CLAIM OF SOBIA SHAHEEN
CURRENCY ON DEPOSIT AT JP MORGAN     :
CHASE, IN ACCOUNT NUMBER ▮▮▮▮▮
▮1 865;                              : 07 Civ. 3587 (MGC)

ALL ASSETS OF NASH PHARMACY,         :
INCLUDING $1,492,892.00 IN UNITED
STATES CURRENCY ON DEPOSIT AT JP     :
MORGAN CHASE, IN ACCOUNT NUMBER ▮
▮▮▮▮4 365; and                       :

ALL ASSETS OF STAY SLIM PHARMACY,    :
INCLUDING $128,534.00 IN UNITED
STATES CURRENCY ON DEPOSIT AT JP     :
MORGAN CHASE, IN ACCOUNT NUMBER ▮
▮▮▮▮6 065,                           :

        Defendants-in-rem.          :

- - - - - - - - - - - - - - - - - - x

SOBIA SHAHEEN, CLAIMANT              :

- - - - - - - - - - - - - - - - - - x

        WHEREAS, on May 4, 2007, the United States commenced this civil forfeiture action against the defendants-in-rem (the "Defendant Accounts") by the filing of a verified complaint;

WHEREAS, on or about July 6, 2007, Sobia Shaheen ("Claimant") filed a claim in this action asserting an interest in the Defendant Accounts;

WHEREAS, on or about December 12, 2006, Muhammad Ejaz Ahmad, Muhammad Nawaz Ahmad, and Mohammad Tanveer were charged in a three-count Indictment, 06 Crim. 1135 (JGK), with conspiracy to pay illegal kickbacks, in violation of 18 U.S.C. § 371; conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1349, and aggravated identity theft, in violation of 18 U.S.C. §§ 1028A and 2;

WHEREAS, the Indictment contained a forfeiture allegation providing notice that the Government is seeking forfeiture, pursuant to 18 U.S.C. § 982(a)(7), of all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in the Indictment, including but not limited to the Defendant Accounts;

WHEREAS, Claimant's husband, defendant Muhammad Ejaz Ahmad, has entered into a plea agreement with the Government;

WHEREAS, under the terms of the plea agreement, defendant Muhammad Ejaz Ahmad has admitted the forfeiture allegation in the Indictment and agreed to forfeit to the United States all right, title and interest in the Defendant Accounts;

WHEREAS, Claimant has agreed to withdraw her claim to the Defendant Accounts;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff United States of America, by its attorney Assistant United States Attorney Anna E. Arreola, and claimant Sobia Shaheen, that:

1. Claimant Sobia Shaheen hereby withdraws her claim in this action, and said claim is hereby dismissed with prejudice.

2. Claimant Sobia Shaheen is hereby barred from asserting, or assisting others in asserting, any claim against the United States of America ("USA"), the Department of Justice ("DOJ"), the U.S. Attorney's Office for the Southern District of New York ("SDNY-USAO"), the United States Marshals Service ("USMS"), and the Federal Bureau of Investigations ("FBI") or any agents and employees of the USA, the DOJ, the SDNY-USAO, the USMS, and the FBI, in connection with or arising out of the seizure, restraint, and/or constructive possession of the Defendant Accounts, including, but not limited to, any claim that there was no probable cause to seize and/or forfeit the Defendant Accounts, that the Claimant is a prevailing party, or that the Claimant is entitled to attorney's fees or any award of interest.

3. Sobia Shaheen hereby agrees to waive all rights to appeal or otherwise challenge or contest the validity of this Stipulation and Order.

4. Each party shall bear its own costs and attorney's

fees.

     5. The signature pages of this stipulation may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

Agreed and consented to:

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Plaintiff

By: *Anna E. Arreola*     8/11/08
ANNA E. ARREOLA     DATE
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2218

*Sobia Shaheen*     7/20/08
SOBIA SHAHEEN     DATE
CLAIMANT

By: *J. Jeffrey Weisenfeld*     7/06/08
J. JEFFREY WEISENFELD, ESQ.     DATE
Attorney for the Claimant
401 Broadway, Suite 300
New York, NY 10013
(212) 925-8640

SO ORDERED:

s/ _____     8/13/08
HONORABLE ~~MIRIAM GOLDMAN CEDARBAUM~~ R. Sullivan     DATE
UNITED STATES DISTRICT JUDGE
Part I

4