➲AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

United States of America

v.

All Assets of ASA Drugs, et al

**APPEARANCE**

Case Number: 07 Civ 3587 (MGC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The United States of America

I certify that I am admitted to practice in this court.

September 4, 2008
Date

*Anna E. Arreola* (signature)
Signature

Anna E. Arreola
Print Name                                    Bar Number

1 Saint Andrew's Plaza
Address

New York, NY 10007
City              State              Zip Code

(212) 637-2218          (212) 637-0421
Phone Number                              Fax Number