**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 25, 2007

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

David E. Ruck
270 Madison Avenue
Suite 1500
New York, NY 10016

      Re:  <u>U.S. v. All Assets of ASA Drugs, including $207,644.00</u>
           <u>in United States Currency on Deposit at JP Morgan</u>
           <u>Chase..., et al</u>
           07 Civ. 3587 (MGC)

Dear Mr. Ruck:

      This letter is to advise you that on May 4, 2007, the
United States commenced a civil action in the United States
District Court for the Southern District of New York seeking the
forfeiture of the above-referenced property pursuant to 18 U.S.C.
§§ 981(a)(1)(A) and(C). A copy of the complaint in this action
is enclosed.

      Should you or your client wish to contest the
forfeiture, you must do so by filing a claim pursuant to Rule G
of the Supplemental Rules for Certain Admiralty and Maritime
Claims and Asset Forfeiture Actions of the Federal Rules of Civil
Procedure with the Clerk of the Court no later than thirty five
(35) days of the date of this letter. Thereafter, within twenty
(20) days after filing a claim, you must file your answer to the

complaint.  This procedure must be followed regardless of any
petition for the remission or mitigation of forfeiture which you
may have pending, and failure to do so could result in the entry
of a default judgment against the property.

          Very truly yours,

          MICHAEL J. GARCIA
          United States Attorney

By: _____
     Christine Meding
     Assistant United States Attorney
     Tel. No.: (212) 637-2614
     Fax No:   (212) 637-0421

Enclosure

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Deli (Endorsement R | | |
| Total Postage | | |

Sent To
David E. Ruck
270 Madison Avenue
Suite 1500
New York, NY 10016

Street, Apt. No.;
or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002                See Reverse for Instructions

7003 2260 0000 4034 3075

---

ASA

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David E. Ruck
270 Madison Avenue
Suite 1500
New York, NY 10016

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____     ☐ Agent
                         ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Leila Fernandez

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)     7003 2260 0000 4034 3075

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 30, 2007

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

Muhammad Nawaz Ahmad

Floral Park, NY 11001

  Re: <u>U.S. v. All Assets of ASA Drugs, including $207,644.00</u>
     <u>in United States Currency on Deposit at JP Morgan</u>
     <u>Chase..., et al</u>
     07 Civ. 3587 (MGC)

Dear Mr. Ahmad:

    This letter is to advise you that on May 4, 2007, the
United States commenced a civil action in the United States
District Court for the Southern District of New York seeking the
forfeiture of the above-referenced property pursuant to 18 U.S.C.
§§ 981(a)(1)(A) and(C). A copy of the complaint in this action
is enclosed.

    Should you or your client wish to contest the
forfeiture, you must do so by filing a claim pursuant to Rule G
of the Supplemental Rules for Certain Admiralty and Maritime
Claims and Asset Forfeiture Actions of the Federal Rules of Civil
Procedure with the Clerk of the Court no later than thirty five
(35) days of the date of this letter. Thereafter, within twenty
(20) days after filing a claim, you must file your answer to the

1

complaint.  This procedure must be followed regardless of any
petition for the remission or mitigation of forfeiture which you
may have pending, and failure to do so could result in the entry
of a default judgment against the property.

                              Very truly yours,

                              MICHAEL J. GARCIA
                              United States Attorney

                         By: Christine Meding
                              Christine Meding
                              Assistant United States Attorney
                              Tel. No.: (212) 637-2614
                              Fax No:   (212) 637-0421

Enclosure

2

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

# OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Rec | |
| Restricted Delive (Endorsement Re | |
| Total Postage & | |

Postmark
Here

Muhammad Nawaz Ahmad
Sent To
Floral Park, NY 11001
Street, Apt. No.;
or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002     See Reverse for Instructions

7003 2260 0000 4034 2467

---

ASA

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Muhammad Nawaz Ahmad
Floral Park, NY 11001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☑ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
6/15/1

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail     ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
(Transfer from service label)     7003 2260 0000 4034 2467

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

.

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 25, 2007

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

Jeffrey Alan Granat
Jacobson and Goldberg LLP
585 Stewart Avenue, Suite 720
Garden City, NY 11566

>    Re:  <u>U.S. v. All Assets of ASA Drugs, including $207,644.00</u>
>         <u>in United States Currency on Deposit at JP Morgan</u>
>         <u>Chase..., et al</u>
>         07 Civ. 3587 (MGC)

Dear Mr. Granat:

     This letter is to advise you that on May 4, 2007, the
United States commenced a civil action in the United States
District Court for the Southern District of New York seeking the
forfeiture of the above-referenced property pursuant to 18 U.S.C.
§§ 981(a)(1)(A) and(C).  A copy of the complaint in this action
is enclosed.

     Should you or your client wish to contest the
forfeiture, you must do so by filing a claim pursuant to Rule G
of the Supplemental Rules for Certain Admiralty and Maritime
Claims and Asset Forfeiture Actions of the Federal Rules of Civil
Procedure with the Clerk of the Court no later than thirty five
(35) days of the date of this letter.  Thereafter, within twenty
(20) days after filing a claim, you must file your answer to the

complaint.   This procedure must be followed regardless of any
petition for the remission or mitigation of forfeiture which you
may have pending, and failure to do so could result in the entry
of a default judgment against the property.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By: Christine Meding (PS)

Christine Meding
Assistant United States Attorney
Tel. No.: (212) 637-2614
Fax No:   (212) 637-0421

Enclosure

2

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**O F F I C I A L   U S E**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery (Endorsement Required) | |
| Total Postage | |

Sent To
Jeffrey Alan Granat
Jacobson and Goldberg LLP
585 Stewart Avenue, Suite 720
Garden City, NY 11566

Street, Apt. No.;
or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002                    See Reverse for Instructions

7003 2260 0000 4034 3068

---

ASIA

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeffrey Alan Granat
Jacobson and Goldberg LLP
585 Stewart Avenue, Suite 720
Garden City, NY 11566

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X P. Erdheim
☐ Agent
☐ Addressee

B. Received by ( Printed Name)
P. ERDHEIM
C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

7003 2260 0000 4034 3068

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 30, 2007

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

Muhammad Ejaz Ahmad

Albertson, NY 11507

> Re:  U.S. v. All Assets of ASA Drugs, including $207,644.00
> in United States Currency on Deposit at JP Morgan
> Chase..., et al
> 07 Civ. 3587 (MGC)

Dear Mr. Ahmad:

This letter is to advise you that on May 4, 2007, the
United States commenced a civil action in the United States
District Court for the Southern District of New York seeking the
forfeiture of the above-referenced property pursuant to 18 U.S.C.
§§ 981(a)(1)(A) and(C).  A copy of the complaint in this action
is enclosed.

Should you or your client wish to contest the
forfeiture, you must do so by filing a claim pursuant to Rule G
of the Supplemental Rules for Certain Admiralty and Maritime
Claims and Asset Forfeiture Actions of the Federal Rules of Civil
Procedure with the Clerk of the Court no later than thirty five
(35) days of the date of this letter.  Thereafter, within twenty
(20) days after filing a claim, you must file your answer to the

1

complaint.  This procedure must be followed regardless of any
petition for the remission or mitigation of forfeiture which you
may have pending, and failure to do so could result in the entry
of a default judgment against the property.

                          Very truly yours,

                          MICHAEL J. GARCIA
                          United States Attorney

                    By: _Christine Meding / PS_____
                          Christine Meding
                          Assistant United States Attorney
                          Tel. No.: (212) 637-2614
                          Fax No:   (212) 637-0421

Enclosure

2

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₃

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery (Endorsement Requi) | |
| Total Postage & Fe | Muhammad Ejaz Ahmad |

Postmark
Here

Sent To    Albertson, NY 11507

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002                    See Reverse for instructions

7003 2260 0000 4031 9520

---

+  ASA

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Muhammad Ejaz Ahmad
Albertson, NY 11507

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
X                                     ☐ Agent
                                      ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number (Copy from service label)

7003 2260 0000 4031 9520

PS Form 3811, July 1999          Domestic Return Receipt          102595-00-M-0952

 **U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 25, 2007

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

Harold L. Levy
Flamhaft, Levy, Kamins, Hirsch & Rendeiro, LLP
16 Court Street, Ste. 3301
Brooklyn, NY 11241

    Re:  U.S. v. All Assets of ASA Drugs, including $207,644.00
         in United States Currency on Deposit at JP Morgan
         Chase..., et al
         07 Civ. 3587 (MGC)

Dear Mr. Levy:

        This letter is to advise you that on May 4, 2007, the
United States commenced a civil action in the United States
District Court for the Southern District of New York seeking the
forfeiture of the above-referenced property pursuant to 18 U.S.C.
§§ 981(a)(1)(A) and(C).  A copy of the complaint in this action
is enclosed.

        Should you or your client wish to contest the
forfeiture, you must do so by filing a claim pursuant to Rule G
of the Supplemental Rules for Certain Admiralty and Maritime
Claims and Asset Forfeiture Actions of the Federal Rules of Civil
Procedure with the Clerk of the Court no later than thirty five
(35) days of the date of this letter.  Thereafter, within twenty
(20) days after filing a claim, you must file your answer to the

complaint.  This procedure must be followed regardless of any
petition for the remission or mitigation of forfeiture which you
may have pending, and failure to do so could result in the entry
of a default judgment against the property.

                              Very truly yours,

                              MICHAEL J. GARCIA
                              United States Attorney

                          By: Christine Meding
                              Christine Meding
                              Assistant United States Attorney
                              Tel. No.: (212) 637-2614
                              Fax No:   (212) 637-0421

Enclosure

2

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted (Endorsem | |

Postmark
Here

Total Po

Sent To  Harold L. Levy
Street, Ap Flamhaft, Levy, Kamins, Hirsch
or PO Box & Rendeiro, LLP
City, State 16 Court Street, Ste. 3301
Brooklyn, NY 11241

7003 2260 0000 4034 3051

PS Form 3800, June 2002          See Reverse for Instructions

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Harold L. Levy
Flamhaft, Levy, Kamins, Hi
& Rendeiro, LLP
16 Court Street, Ste. 3301
Brooklyn, NY 11241

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _Barry Kamins_   ☐ Agent
                    ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? ( *Extra Fee* )   ☐ Yes

2. Article Number
   (Transfer from service label)            7003 2260 0000 4034 3051

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

U.S. Department of Justice



*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 30, 2007

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

Mohammad Tanveer
▬▬▬▬▬▬▬▬▬
Queens Village, NY 11427

> Re: <u>U.S. v. All Assets of ASA Drugs, including $207,644.00
> in United States Currency on Deposit at JP Morgan
> Chase..., et al</u>
> 07 Civ. 3587 (MGC)

Dear Mr. Ahmad:

This letter is to advise you that on May 4, 2007, the
United States commenced a civil action in the United States
District Court for the Southern District of New York seeking the
forfeiture of the above-referenced property pursuant to 18 U.S.C.
§§ 981(a)(1)(A) and(C). A copy of the complaint in this action
is enclosed.

Should you or your client wish to contest the
forfeiture, you must do so by filing a claim pursuant to Rule G
of the Supplemental Rules for Certain Admiralty and Maritime
Claims and Asset Forfeiture Actions of the Federal Rules of Civil
Procedure with the Clerk of the Court no later than thirty five
(35) days of the date of this letter. Thereafter, within twenty
(20) days after filing a claim, you must file your answer to the

1

complaint.  This procedure must be followed regardless of any
petition for the remission or mitigation of forfeiture which you
may have pending, and failure to do so could result in the entry
of a default judgment against the property.

                                Very truly yours,

                                MICHAEL J. GARCIA
                                United States Attorney

                           By: Christine Meding / RS
                                Christine Meding
                                Assistant United States Attorney
                                Tel. No.: (212) 637-2614
                                Fax No:   (212) 637-0421

Enclosure

2

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Mohammad Tanveer
Queens Village, NY 11427

Sent To
Street, Apt. or PO Box no.
City, State, ZIP+4

7003 2260 0000 4031 9513

PS Form 3800, June 2002     See Reverse for Instructions

---

ASA

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mohammad Tanveer
Queens Village, NY 11427

*COMPLETE THIS SECTION ON DELIVERY*

A. Received by *(Please Print Clearly)*   B. Date of Delivery

C. Signature
x Mohammad Tanveer
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

JUN 1 3 2007

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number *(Copy from service label)*

7003 2260 0000 4031 9513

PS Form 3811, July 1999     Domestic Return Receipt     102595-00-M-0952

U.S. Department of Justice



*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 30, 2007

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

Sobia Shaheen
▓▓▓▓▓▓▓▓▓▓▓▓▓
Albertson, NY 11507

> Re: U.S. v. All Assets of ASA Drugs, including $207,644.00
> in United States Currency on Deposit at JP Morgan
> Chase..., et al
> 07 Civ. 3587 (MGC)

Dear Sobia Shaheen:

This letter is to advise you that on May 4, 2007, the
United States commenced a civil action in the United States
District Court for the Southern District of New York seeking the
forfeiture of the above-referenced property pursuant to 18 U.S.C.
§§ 981(a)(1)(A) and(C). A copy of the complaint in this action
is enclosed.

Should you or your client wish to contest the
forfeiture, you must do so by filing a claim pursuant to Rule G
of the Supplemental Rules for Certain Admiralty and Maritime
Claims and Asset Forfeiture Actions of the Federal Rules of Civil
Procedure with the Clerk of the Court no later than thirty five
(35) days of the date of this letter. Thereafter, within twenty
(20) days after filing a claim, you must file your answer to the

1

complaint. This procedure must be followed regardless of any petition for the remission or mitigation of forfeiture which you may have pending, and failure to do so could result in the entry of a default judgment against the property.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By: Christine Meding

Christine Meding
Assistant United States
Attorney
Tel. No.: (212) 637-2614
Fax No:   (212) 637-0421

Enclosure

2

**U.S. Postal Service**™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

# OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | Postmark Here |
| Restricted Del (Endorsement I | |
| Total Postage | |

Sent To
Sobia Shaheen
Albertson, NY 11507

Street, Apt. No. or PO Box No.
City, State, ZIP

7003 2260 0000 4034 2450

PS Form 3800, June 2002              See Reverse for Instructions

---

ASIA

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sobia Shaheen
Albertson, NY 11507

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                 ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)      7003 2260 0000 4034 2450

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 30, 2007

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

Stay Slim Pharmacy
1166 Coney Island Ave
Brooklyn, NY 11230

> Re:   U.S. v. All Assets of ASA Drugs, including $207,644.00
>       in United States Currency on Deposit at JP Morgan
>       Chase..., et al
>       07 Civ. 3587 (MGC)

Dear Sir or Madam:

     This letter is to advise you that on May 4, 2007, the
United States commenced a civil action in the United States
District Court for the Southern District of New York seeking the
forfeiture of the above-referenced property pursuant to 18 U.S.C.
§§ 981(a)(1)(A) and(C).  A copy of the complaint in this action
is enclosed.

     Should you or your client wish to contest the
forfeiture, you must do so by filing a claim pursuant to Rule G
of the Supplemental Rules for Certain Admiralty and Maritime
Claims and Asset Forfeiture Actions of the Federal Rules of Civil
Procedure with the Clerk of the Court no later than thirty five
(35) days of the date of this letter.  Thereafter, within twenty
(20) days after filing a claim, you must file your answer to the

1

complaint.  This procedure must be followed regardless of any
petition for the remission or mitigation of forfeiture which you
may have pending, and failure to do so could result in the entry
of a default judgment against the property.

                              Very truly yours,

                              MICHAEL J. GARCIA
                              United States Attorney

                         By: Christine Meding
                              Christine Meding
                              Assistant United States Attorney
                              Tel. No.: (212) 637-2614
                              Fax No:   (212) 637-0421

Enclosure

                                  2

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement | |
| Restricted D (Endorsement | |
| Total Posta | |

Postmark
Here

Sent To     Stay Slim Pharmacy
            1166 Coney Island Ave
Street, Apt. N  Brooklyn, NY 11230
or PO Box N
City, State, 2

7003 2260 0000 4034 3020

PS Form 3800, June 2002                 See Reverse for Instructions

---

ASA

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Stay Slim Pharmacy
   1166 Coney Island Ave
   Brooklyn, NY 11230

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Siddiqi*                         ☐ Agent
                                    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7003 2260 0000 4034 3020

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 30, 2007

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

Nash Pharmacy
47-07 Francis Lewis Blvd
Bayside, NY 11361

> Re:  U.S. v. All Assets of ASA Drugs, including $207,644.00
>      in United States Currency on Deposit at JP Morgan
>      Chase..., et al
>      07 Civ. 3587 (MGC)

Dear Sir or Madam:

          This letter is to advise you that on May 4, 2007, the
United States commenced a civil action in the United States
District Court for the Southern District of New York seeking the
forfeiture of the above-referenced property pursuant to 18 U.S.C.
§§ 981(a)(1)(A) and(C).  A copy of the complaint in this action
is enclosed.

          Should you or your client wish to contest the
forfeiture, you must do so by filing a claim pursuant to Rule G
of the Supplemental Rules for Certain Admiralty and Maritime
Claims and Asset Forfeiture Actions of the Federal Rules of Civil
Procedure with the Clerk of the Court no later than thirty five
(35) days of the date of this letter.  Thereafter, within twenty
(20) days after filing a claim, you must file your answer to the

1

complaint.   This procedure must be followed regardless of any
petition for the remission or mitigation of forfeiture which you
may have pending, and failure to do so could result in the entry
of a default judgment against the property.

                                   Very truly yours,

                                   MICHAEL J. GARCIA
                                   United States Attorney

                              By: Christine Meding

                                   Christine Meding
                                   Assistant United States Attorney
                                   Tel. No.: (212) 637-2614
                                   Fax No:   (212) 637-0421

Enclosure

                                    2



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Deliv (Endorsement R | |
| Total Postage | |

Postmark
Here

Sent To    Nash Pharmacy
           47-07 Francis Lewis Blvd
Street, Apt. No.; Bayside, NY 11361
or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002              See Reverse for Instructions



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 30, 2007

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

ASA Drugs
99-06 63rd Road
Rego Park, NY 11374

　　　　Re:　U.S. v. All Assets of ASA Drugs, including $207,644.00
　　　　　　in United States Currency on Deposit at JP Morgan
　　　　　　Chase..., et al
　　　　　　07 Civ. 3587 (MGC)

Dear Sir or Madam:

　　　　This letter is to advise you that on May 4, 2007, the
United States commenced a civil action in the United States
District Court for the Southern District of New York seeking the
forfeiture of the above-referenced property pursuant to 18 U.S.C.
§§ 981(a)(1)(A) and(C).  A copy of the complaint in this action
is enclosed.

　　　　Should you or your client wish to contest the
forfeiture, you must do so by filing a claim pursuant to Rule G
of the Supplemental Rules for Certain Admiralty and Maritime
Claims and Asset Forfeiture Actions of the Federal Rules of Civil
Procedure with the Clerk of the Court no later than thirty five
(35) days of the date of this letter.  Thereafter, within twenty
(20) days after filing a claim, you must file your answer to the

complaint.   This procedure must be followed regardless of any
petition for the remission or mitigation of forfeiture which you
may have pending, and failure to do so could result in the entry
of a default judgment against the property.

                              Very truly yours,

                              MICHAEL J. GARCIA
                              United States Attorney

                         By: Christine Meding
                              Christine Meding
                              Assistant United States Attorney
                              Tel. No.: (212) 637-2614
                              Fax No:   (212) 637-0421

Enclosure

2



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

| Postage | $ | |
|---|---|---|
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery (Endorsement Required) | | |
| Total Postage & | | |

Sent To: ASA Drugs
99-06 63rd Road
Rego Park, NY 11374

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002                See Reverse for Instructions

7003 2260 0000 4034 3037



**UNITED STATES
POSTAL SERVICE**®

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 2260 0000 4034 3037**
Status: **Delivered**

Your item was delivered at 12:59 pm on June 04, 2007 in NEW YORK,
NY 10007. A proof of delivery record may be available through your local
Post Office for a fee.

Additional information for this item is stored in files offline.

( *Restore Offline Details >* ) (?)    ( *Return to USPS.com Home >* )

**Track & Confirm**

Enter Label/Receipt Number.



---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

9/4/2008