**U.S. Department of Justice**
**United States Marshals Service**

ORIGINAL

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 07 Civ 3587 (MGC) |
| DEFENDANT | TYPE OF PROCESS |
| All Assets of ASA Drugs, Including $207,644... | Publication |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ► | Sandy Moo, USMS |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 500 Pearl Street, New York, New York 10007 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK

ONE SAINT ANDREW'S PLAZA
NEW YORK, NY 10007-1703
ATTENTION: Renee Spilker

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

RECEIVED

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):
Fold                                                                                                                    Fold

Please publish the following notice of publication in The New York Daily News for three consecutive weeks.

07-FBI-003040 & 07-FBI-003041

CATS # 07-FBI-003042 Please return to paralegal Renee Spilker, 212-637-1074

| Signature of Attorney or other Originator requesting service on behalf of: AUSA Christine Meding /PS/ | x PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>212-637-2614 | DATE<br>6/5/07 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 54 | District to Serve No. 54 | Signature of Authorized USMS Deputy or Clerk [signature] | Date 7/11/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 9/11/07  Time [signature] am/pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS: 9/11/07 - Notice was published in the DAILY NEWS on July 20, July 27, and August 3, 2007. (copy attached)

PRIOR EDITIONS
MAY BE USED

FORM USM-285

ORIGINAL                U.S. ATTORNEY COPY

**STATE OF NEW YORK**

City and County of New York

Juanita Boyle of said City, being duly sworn says that she is an Advertising Representative of "THE NEWS", a daily and Sunday newspaper published in the City of New York, and that the notice, of which the annexed is a copy, was published in the said newspaper on:

July 20, 2007
July 27, 2007
August 3, 2007

> **LEGAL NOTICE**
> USA-33s-100-NOTICE OF CIVIL FORFEITURE PROCEEDING Rev. 11/94
> UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK
> On May 4, 2007, the United States of America commenced a civil action demanding forfeiture, thereof under the provisions of 18 U.S.C. § 981 (a) (1) (A) and (C), as property derived from proceeds of a Federal health care offense and a conspiracy to commit a Federal health care offense, namely, a scheme to defraud Medicaid, in violation of 18 U.S.C. §§ 1347 and 1349, property constituting and derived from a conspiracy to commit a Federal health care offense, namely, a scheme to pay bribes or kickbacks to Medicaid patients to induce them to purchase medicine, in violation of 18 U.S.C. § 371 and 42 U.S.C. § 1320a-7b(b) (2) (B) and property involved in actual or attempted money laundering transactions or property traceable to such property, in violation of 18 U.S.C. §§ 1956 and 1957, for all assets of ASA Drugs, including $207,644.00 in United States currency on deposit at JP Morgan Chase in account number 106 067 681 865, for all assets of Nash Pharmacy, including $1,492,892.00 in United States currency on deposit at JP Morgan Chase, in account number 106 067 344 365 and all assets of Stay Slim Pharmacy, including $128,534.00 in United States currency on deposit at JP Morgan Chase in account number 106 067 626 065, 07 Civ. 3587 (MGC). Notice is hereby given that all persons claiming the same or knowing or having anything to say why the same should not be forfeited pursuant to the prayer of said complaint, must file their claim in accordance with Rule G from the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions with the Clerk of the Court, in Room 120, United States Court House, 500 Pearl Street, New York, New York, by September 04, 2007, which is 30 days after the last publication of this action or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims, or default and forfeiture will be ordered. Any person with an interest in the property may also wish to file a petition for remission or mitigation of the forfeiture, as provided for in Title 28, Code of Federal regulations, and failure to file such a petition may affect any rights that a person claiming an interest in the property may have with respect to this property. Dated: July 2007 New York, New York. MICHAEL J. GARCIA U.S. Attorney/SDNY, JOSEPH R. GUCCIONE, U.S. Marshal/SDNY.

Sworn before me this 3rd day of August 2007

*Sheryl Maynard*

**SHERYL MAYNARD**
Notary Public, State of New York
No. 01MA6133621
Qualified in Kings County
Commission Expires September 19, 2009

lmmisc\legalnp.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

  - v -

ALL ASSETS OF ASA DRUGS, INCLUDING $207,644.00 IN UNITED STATES CURRENCY ON DEPOSIT AT JP MORGAN CHASE, IN ACCOUNT NUMBER ███████1 865;

ALL ASSETS OF NASH PHARMACY, INCLUDING $1,492,892.00 IN UNITED STATES CURRENCY ON DEPOSIT AT JP MORGAN CHASE, IN ACCOUNT NUMBER ███████4 365; and

ALL ASSETS OF STAY SLIM PHARMACY, INCLUDING $128,534.00 IN UNITED STATES CURRENCY ON DEPOSIT AT JP MORGAN CHASE, IN ACCOUNT NUMBER ███████6 065,

        Defendants-in-rem.

---

## PUBLICATION AFFIDAVIT
## 07 CIV 3587 (MGC)

---

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York  10007
(212) 637-2218

                  ANNA E. ARREOLA
                  **Assistant United States Attorney**
                  **-Of Counsel-**