UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

UNITED STATES OF AMERICA.

        Plaintiff,

-v-

ALL ASSETS OF ASA DRUGS, INCLUDING
$207,644.00 IN UNITED STATES
CURRENCY ON DEPOSIT AT JP MORGAN        07 CV 3587
CHASE, IN ACCOUNT NUMBER        (MGC)
****1 865;

ALL ASSETS OF NASH PHARMACY,
INCLUDING $1,492,892.00 IN UNITED STATES        CLAIM
CURRENCY ON DEPOSIT AT JP MORGAN
CHASE, IN ACCOUNT NUMBER
****4 365;

ALL ASSETS OF STAY SLIM PHARMACY,
INCLUDING $128,534.00 IN UNITED STATES
CURRENCY ON DEPOSIT AT JP MORGAN
CHASE, IN ACCOUNT NUMBER
****6 065;

        Defendants-in-rem.
----------------------------------------x

    I, MUHAMMAD NAWAZ AHMAD, under penalty of perjury, contest the forfeiture in the above-entitled proceeding by making the following claims:

1. The specific property claimed are all assets of ASA Drugs and all assets of Stay Slim Pharmacy, including the currency of each in the JP Morgan Chase accounts listed above.

2. I am a co-owner of both ASA Drugs, Inc. and Stay Slim Pharmacy, Inc.

3. This claim has been served this day on Christine Meding, Assistant United States

1

Attorney, S.D.N.Y., One Saint Andrew's Plaza, New York, New York 10007.

MUHAMMAD NAWAZ AHMAD

Sworn to before me this 22 day of June 2007

Stephanie Katarivas,
Notary Public

STEPHANIE KATARIVAS
Notary Public - State of New York
NO. 01KA6164058
Qualified in Kings County
My Commission Expires 4-9-2011

2