UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

        Plaintiff,

ALL ASSETS OF ASA DRUGS, INCLUDING
$207,644.00 IN UNITED STATES CURRENCY
ON DEPOSIT AT JP MORGAN CHASE,
IN ACCOUNT NUMBER 106 067 681 865;

ALL ASSETS OF NASH PHARMACY,
INCLUDING $1,492,892.00 IN UNITED
STATES CURRENCY ON DEPOSIT AT JP
MORGAN CHASE, IN ACCOUNT NUMBER 106
067 344 365; and

ALL ASSETS OF STAY SLIM PHARMACY,
INCLUDING $128,534.00 IN UNITED STATES
CURRENCY ON DEPOSIT AT JP MORGAN
CHASE, IN ACCOUNT NUMBER 106 067 626 065,

        Defendants-In-rem.

Dkt. No. 07Cv3587
(Cederbaum, J.)

CLAIM

-----------------------------------------------------------x

Claimant Sobia Shaheen, pursuant to Rule G, Supplemental Rules for Asset Forfeiture Actions, states as follows:

1. The identity of the specific property which is claimed is:

    A.    ALL ASSETS OF ASA DRUGS, INCLUDING: $207,644.00 IN UNITED STATES CURRENCY ON DEPOSIT AT JP MORGAN CHASE, IN ACCOUNT NUMBER 106 067 681 865;

    B.    ALL ASSETS OF NASH PHARMACY, INCLUDING $1,492,892.00 IN UNITED STATES CURRENCY ON DEPOSIT AT JP MORGAN CHASE, IN ACCOUNT NUMBER 106 067 344 365; and

    C.    ALL ASSETS OF STAY SLIM PHARMACY, INCLUDING $128,534.00 IN UNITED STATES CURRENCY ON DEPOSIT AT JP MORGAN CHASE, IN ACCOUNT NUMBER 106 067 626 065;

ATTESTED

S.M. YUNUS
Notary Public Lahore.

2. Sobia Shaheen resides at 300 Oakridge Lane, Albertson, NY 11507.

3. Sobia Shaheen is the owner of the Nash Pharmacy account and a 50% owner of the other two accounts listed in paragraph 1.

Sworn to before me on this
day of June, 2007

_____
Notary Public

_Sobia Shaheen_
Sobia Shaheen

Submitted by:

_Jeffrey Weisenfeld_
J. Jeffrey Weisenfeld, Esq. (JJW9187)
Attorney for Sobia Shaheen
401 Broadway Ste 306
New York, NY 10013
212-925-8640

ATTESTED
S. M. YUNUS
Notary Public Lahore

[Seal: NOTARY PUBLIC LAHORE]

[Seal: Notarized to Take Effect in All Continents Out of Pakistan Under International Law]