## AFFIRMATION OF SERVICE

I, Renee Spilker affirm under penalty of perjury pursuant to 28 U.S.C. § 1746 the following:

I am employed with FSA in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York, and

That on September 5, 2008 I caused one copy of the Notice of Motion for Default Judgment and the Declaration in Support of Default Judgment and the exhibits thereto, dated September 5, 2008, in the case of <u>United States</u> v. <u>All Assets of ASA Drugs, Including $207,644.00 in United States Currency, et al</u> 07 Civ. 3587 (MGC), to be delivered by certified mail to:

David E. Ruck
270 Madison Avenue, Suite 1500
New York, New York 10016

Muhammad Nawaz Ahmad
████████████████
Floral Park, New York 11001

Jeffrey Alan Granat
Jacobson and Goldberg LLP
585 Stewart Avenue, Suite 720
Garden City, New York 11566

Muhammad Ejaz Ahmad
████████████████
Albertson, New York 11507

Harold L. Levy
Flamhaft, Levy, Kramins, Hirsch & Rendeiro, LLP
16 Court Street, Ste. 3301
Brooklyn, New York 11241

Mohammad Tanveer
████████████████
Queens Village, New York 11427

Sobia Shaheen
███████████
Albertson, New York 11507

Stay Slim Pharmacy
1166 Coney Island Avenue
Brooklyn, New York 11230

Nash Pharmacy
47-07 Francis Lewis Blvd
Bayside, New York 11361

ASA Drugs
99-06 63rd Road
Rego Park, New York 11374.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:    New York, New York
          September 5, 2008

RENEE SPILKER